All right, good morning, so we have both of you on zoom here today Mr. Gossage, you will speak first and I would like to know if you would like to reserve any time for rebuttal Probably less than five minutes, but I don't even think I'm going to get that far Everything is you had mentioned earlier your honors That you've already read the briefs and went over all the documents, so I'm just going to read regurgitate a little bit, but most important the statutes and and I did I just sort of pick this up at that If the debtors required to file a tax return under the applicable bankruptcy law In my particular case. I wasn't required to file a tax return for the last 20 years So the question comes up is why did I have to file one to begin with? and Then the to go further I the trustee said that I owed $700,000 in back taxes The old saying goes to trust, but verify trust, but verify so With that if they were if the trustee would did their due diligence And again, there's a conflict there. We have me saying I owe no taxes I've never owed any taxes because my income is solely based on Social Security and the trustee says I owe over a half a million dollars in back taxes Well, we clearly have a conflict. So so Mr. Gossage Yes, sir, I'd like to get you pointed to the issue that's before us The issue here is whether or not The bankruptcy judge was correct in denying a motion to vacate, correct? Correct, okay in the bankruptcy court looked to civil rule 60 be in connection with reviewing your motion to vacate and I don't have to ask you whether that's case. I've looked at the record. I know that's the case that the judge was looking at 60 B Was the do you believe the bankruptcy court was correct in relying on civil rule 60 B Partially I think 60 B addresses Mistakes Misrepresentation when when the trustee misrepresented themselves before the for the court, that's the first point the second point is Under the statute I wasn't permitted to read amend The any of the forms I mean as I've reviewed other cases A chapter 13 cases have been amended Mega times and there's no in the end a statute it it allows The debtor to amend but any forms go ahead. Didn't the judge give you an opportunity? I mean we've been referring to The sort of the last chance order the judge gave you multiple chances to Cure the defects And your honor I thought I did that was that was the point I know that a good example is when they put in the First motion to dismiss based on on failing to file a tax return the last four years When I presented that that information they dropped that motion to dismiss and moved on to another motion to dismiss So if I knew what the correct I would correct it But the issue before us again is Is whether or not we should vacate the other ruling we're not looking at the other that ruling this is not this is not an an appeal of Of the dismissal hearing this is an appeal of the order Where you asked for that other order to be vacated and we have to look at 60b and So maybe you should let elaborate on what mistakes The trial court actually made that you couldn't have brought up earlier. I Think that that would be the misrepresentation of Of the requirement of the filing of documents, that's the first point for the income tax number two in my filing on my I Can't think of the word. There was also a concern about whether you were current on your plan payments That would have been enough to to dismiss your case and at the time I thought I was because if we look back in the record I had When I filed I paid everything until I went to the chapter 13 trustee and So my last payment was to Loan Depot and then the next payment went to the trustee so for all intents and purposes, I thought I was current and And the trustee said why you owe five hundred dollars Well, if the if the trustee of order said I owed you five hundred dollars, I could have easily Fixed that issue on the spot, but I didn't know that until after the fact But according to my records I was current with the Loan Depot The only thing that wasn't current with Loan Depot was the trustees payments to Loan Depot The other issue brings up that the trustee Raised the valuation of my property at four hundred and something thousand dollars and I again I brought this up in the brief, you know, the the regional area Valuation was 370. In fact, my neighbor's home is currently on sale for three hundred and seventy thousand dollars So my my my Estimate was right on on them on the money not and the trustees was not So what else would you like to tell us about what the bankruptcy court did wrong and why we should reverse I Don't think that I was given an opportunity really to amend any issues that needed to be amended, I think the trustee made a comment about one statute wasn't applicable but Having the wrong statute Shouldn't be Shouldn't kill the entire Petition it's more It's more of a due process That I've given the equal opportunity to to address all these issues I understand this is a business for the trustee and My my particular case there is no financial benefit to the trustee to handle this case You Would you like to reserve the rest of your time yes, ma'am. All right. Thank you. Thank you Okay, let's hear from a pilly Thank You Amanda Douglas for the chapter 13 trustee The trustee was not an adverse party to the motion underlying the appeal. However, he was Named in this appeal and so the trustees office is at the convenience of the court Judge Corbett took my my very first point and sort of narrowed the issue and Really abusive discretion is a highly decorational standard and and the debtor has failed to demonstrate That the bankruptcy court applied the wrong law or that its factual findings were illogical and plausible or without support in the record It is very clear. He disagrees with the determination of the court, but that does not constitute an abuse of discretion And so the trustee requests this panel of firm the bankruptcy courts a decision. Um Something that the trustee wanted to highlight was during the pendency of his bankruptcy case and then again on this appeal Rather than meeting his burdens the debtor resorts to a litany of unsubstantiated allegations Plainly designed to distract from the merits Some of the allegations he's leveled against the trustee or discrimination violation of the Haven Act malicious malicious and willful disregard Broad with the intent to deceive perjury making false statements. He accused the trustee of falsifying a proof of claim Impersonating the IRS falsifying a proof of claim and then and filing it to substantiate our 109 argument These are not minor complaints indeed most of these are felonies under title 18 accusations of fraud perjury Impersonation discrimination they are serious. They carry real consequences They're damaging to the legal standing and reputation of the trustee They undermine the integrity of the trustee's office and by extension the credibility of the bankruptcy court Whatever other determinations this court may make the trustee does request that Excuse me that this panel Explicitly and unequivocally refute these serious allegations lodged by the debtor And make clear on the record that weaponization of serious Unsubstantiated legal allegations as a litigation tactic is wholly improper improper and should not be tolerated By any party whether represented or a pro se debtor I'm happy to answer any questions. The panel may have me Miss Douglas on your last request that we make certain things clear what is our mandate isn't our mandate just to look at whether or not the Motion to vacate was properly denied It is your honor you you are correct, um But I think we set a dangerous precedent when When we allow these sort of allegations to to continue without you know any any sort of penalty to To stop them as a litigation tactic. It's problematic to to the bankruptcy system as a whole And you know these case records these files they're not tucked away in dark corners anymore Anyone with the internet can access these files, which is great access to justice is really really important But when we sweep these serious allegations under the rug, I think it becomes problematic and it encourages Repeat behavior and these allegations were tied to his appeal. And so yes, I think it is your mandate to Look and see whether the order vacating The order denying the motion to vacate Was an abuse of discretion, but I don't think it's beyond this courts mandate to determine that and also Express the improperness of lodging these kinds of legal allegations Normally wouldn't this come up in like a civil rule 11 motion before? Judge Heston or maybe a request for a filing bar before Judge Heston or maybe a vexatious litigant order to prevent abuse of the trustee's office and other creditors and everything else, but I just don't I don't see those Before us. We're not reviewing those any such rulings or motions today And I and I want I want to speak that your honor. Um The debtor was reprimanded several times by Judge Heston for this conduct. The reason I raise it now is this appeal Escalated the nature of the allegations and I would be remiss if I didn't at least attempt to address them All right, thank you, thank you. All right any questions no questions. All right. Thank you. All right. Thank you honors Thank you. Mr. Gossage you may Thank you, your honor I'll go back to one of your nice circuit cases on war war for bit versus Nance where the the court retains that The independent power to identify and apply the property construction of governor and governor in laws That's the first point then I I go back, you know going way back in In the beginning when I initially filed for chapter 13 protection The timeline is self-evident Everything was filed timely Accordingly now, I'm gonna go back and I'm gonna I'm referring Kushner versus Shazam ski, which cites Brady Brady versus Maryland and it goes back to US Supreme Court It's fundamentally fair adjudication within the framework However is constitutionally required all cases and that's the bigger issue was I afforded all my constitutionally protected rights in this chapter 13 bankruptcy and I I say that there it was not because because when in the beginning the chapter 13 trustee Went for dismissal on one issue and then when that was defeated they moved to the next issue of dismissal so to me being pro se and that doesn't have a Any bearing it seems like I wasn't given the fair adjudication. That's all And more and finally I'll close is that this is a very important veterans case I mean, this is the Havens Act the veterans case and this is something recent that the last 10 years that the courts have had of Because the protection of veterans in in in the bankruptcy forum, so with that said I Just would like the court to remand back and take a second look at this Chapter 13 bankruptcy because it's really clear. There's there's not very many Creditors involved so it's very simple, but I Try to do the my best, but we're good. Thank you All right. Thank you both very much for your arguments. This matter will be submitted and we will issue a decision promptly Thank you. Thank you
judges: Brand, Corbit, and Niemann